UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MARA CASSATA**, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**RHODE ISLAND CREDIT UNION**,<br><br>    Defendant. | Case No. 1:22-cv-00358 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff, Mara Cassata, hereby respectfully moves this Honorable Court for leave to file a First Amended Class Action Complaint Pursuant to Fed. R. Civ. P. 15(a)(2).

Plaintiff's proposed amendment is made in good faith, is not futile, and will not cause unfair prejudice o Defendant.  Pursuant to Fed. R. Civ. P. 15(a)(2), courts should grant such leave "when justice so requires."

Plaintiff respectfully moves this Honorable Court for an order granting Plaintiff leave to file a First Amended Class Action Complaint.

Dated: February 14, 2023.                    Respectfully submitted,

/s/ Peter N. Wasylyk
Peter N. Wasylyk
(RI Bar No. 3351)
**Law Offices of Peter N. Wasylyk**
1307 Chalkstone Avenue
Providence, RI 02908
Tel: (401) 831-7730
Fax (401) 861-6064
Email: pnwlaw@aol.com

1

**KALIELGOLD PLLC**
Sophia G. Gold*
950 Gilman Street, Suite 200
Berkeley, CA 94710
Telephone: (202) 350-4783
Email: sgold@kalielgold.com

Jeffrey D. Kaliel*
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 280-4783
Email: jkaliel@kalielgold.com

**JOHNSON FIRM**
Christopher D. Jennings*
Tyler B. Ewigleben*
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
Telephone: (501) 372-1300
Email: chris@yourattorney.com
Email: tyler@yourattorney.com

* *Pro Hac Vice* applications to be submitted

*Counsel for Plaintiff and the Proposed Classes*